

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Gerald Allan Hayes v. The State of Texas

Appellate case number:      01-09-00437-CR

Trial court case number:    1198372

Trial court:                351st District Court of Harris County

Date motion filed:          December 29, 2014

Party filing motion:        Appellant, Gerald Allan Hayes


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                   ☒  Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date:  January 27, 2015